# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MARVIN BRIDGES,<br>Plaintiff,<br>v.<br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br>Defendant. | Case No. 1:19-cv-00564-SKO<br><br>**ORDER TO AMEND APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Doc. 2)<br><br>**TWENTY-ONE DAY DEADLINE** |

## ORDER

Plaintiff James Marvin Bridges filed a complaint on May 1, 2019, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 1 & 2.) Plaintiff's application fails to set forth complete answers to question numbers 3(f) regarding sources of income. (*See* Doc. 2.)

Accordingly, IT IS HEREBY ORDERED that within twenty-one (21) days from the date of this order, Plaintiff shall file an amended application to proceed *in forma pauperis* that fully responds to all applicable questions, including question number 3.

IT IS SO ORDERED.

Dated: **May 3, 2019**          /s/ *Sheila K. Oberto*
                    UNITED STATES MAGISTRATE JUDGE