# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MARVIN BRIDGES,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 1:19-cv-00564-SKO<br><br>**ORDER GRANTING PLAINTIFF'S AMENDED APPLICATION TO PROCEED** *IN FORMA PAUPERIS*<br><br>(Doc. 4) |

**ORDER**

Plaintiff James Marvin Bridges filed a complaint on May 1, 2019, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 1 & 2.) On May 3, 2019, the Court ordered Plaintiff to file an amended application to proceed *in forma pauperis* that sets forth complete answers to question number 3(f) regarding sources of income. (Doc. 3.) Plaintiff filed his amended application on May 21, 2019. (Doc. 4.)

Plaintiff's amended application demonstrates entitlement to proceed without prepayment of fees. Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's amended application to proceed *in forma pauperis* is GRANTED;
2. The Clerk of Court is DIRECTED to issue a summons; and
3. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

Dated: **May 23, 2019**        /s/ *Sheila K. Oberto*
                               UNITED STATES MAGISTRATE JUDGE