JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA 93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Marvin Bridges, ) | Case No. 1:19-cv-00564-SKO |
| Plaintiff, ) | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| vs. ) | |
| ANDREW SAUL, [1] ) Commissioner of Social Security, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from October 31, 2019 to December 2, 2019, for Plaintiff to serve on defendant with PLAINTIFF'S LETTER BRIEF. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. Counsel requires additional time to brief the issues thoroughly for the Court's consideration.

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also section 205(g) of the Social Security Act, 42 U.S.C. § 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

1

Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: October 21, 2019      PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff

Dated: October 21, 2019      MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:    */s/ Michael Marriott*
Michael Marriott
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on October 21, 2019)

**ORDER**

Pursuant to the parties' above stipulation, (Doc. 13), for good cause shown, Plaintiff shall serve his confidential letter brief **on or before December 2, 2019**. All other deadlines set forth in the Scheduling Order, (Doc. 7), are hereby modified accordingly.

IT IS SO ORDERED.

Dated: **October 21, 2019**      */s/ Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE