JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA 93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Marvin Bridges, | Case No. 1:19-cv-00564-SKO |
| Plaintiff, | STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME |
| vs. | (Doc. 15) |
| ANDREW SAUL,[1] Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from December 2, 2019 to January 9, 2020, for Plaintiff to serve on defendant with PLAINTIFF'S LETTER BRIEF. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's second request for an extension of time. Good cause exists for this extension request. Plaintiff acknowledges the first extended deadline was on 12/2/2019. At that time, Plaintiff's Counsel was training new staff on the administrative duties of our federal court work, including inputting Court deadlines. During the training, the deadline was inputted into

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also section 205(g) of the Social Security Act, 42 U.S.C. § 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

1

our system, Prevail. However, Plaintiff's Counsel was not selected as the recipient of that deadline. As the attorney of record, Plaintiff's Counsel acknowledges that it is his responsibility to ensure all proper deadlines are inputted correctly and properly executed. In addition to Defendant's email about the deadline, Plaintiff's Counsel conducted a thorough audit and discovered the internal error. This was a technical and administrative error and Plaintiff's Counsel apologizes to the Court and Defendant. Plaintiff did not intend to delay the case. Contemporaneously with this Stipulation, Plaintiff is also filing proof of service of the Plaintiff's Letter Brief.

Defendant does not oppose the requested extension.

Respectfully submitted,

Dated: January 9, 2020                    PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff


Dated: January 9, 2020                    MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration


By:  */s/ Michael Marriott
Michael Marriott
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on 01/09/2020)

**ORDER**

The Court has reviewed and considered the parties' stipulation to enlarge the deadline to serve Plaintiff's confidential letter brief out of time. (Doc. 15.) Having shown excusable neglect

2

under Fed. R. Civ. P. 6(b)(1)(B), IT IS HEREBY ORDERED THAT the request to enlarge the deadline to serve Plaintiff's confidential letter brief is GRANTED, and the deadline is extended *nunc pro tunc* to January 9, 2020. All other deadlines set forth in the Scheduling Order (Doc. 7) are extended accordingly.

IT IS SO ORDERED.

Dated: **January 10, 2020**　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE