1  McGREGOR W. SCOTT
   United States Attorney
2  DEBORAH LEE STACHEL, CA 230138
   Regional Chief Counsel, Region IX
3  Social Security Administration
   GERALYN A. GULSETH, CA 160872
4  Special Assistant United States Attorney
           160 Spear Street, Suite 800
5          San Francisco, California 94105
           Telephone: (415) 977-8923
6          Facsimile: (415) 977-8915
           E-Mail: Geralyn.Gulseth@ssa.gov
7
   Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JAMES BRIDGES, | CIVIL NO. 1: 19-564 SKO |
| Plaintiff, | **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Andrew Saul, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Office of Hearing Operations will remand the case to an Administrative Law Judge (ALJ) and direct him or her to further develop the record and re-evaluate whether Plaintiff met or medically equaled a Listed Impairment. The ALJ will conduct additional analysis and proceedings necessary to issue a new decision.

STIPULATION TO REMAND & ORDER

1. This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Respectfully submitted this 13th day of February 2020.

/s/ *Jonathan Pena
JONATHAN PENA
Attorney for Plaintiff
*Authorized by email on 2/13/2020

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/Geralyn Gulseth
GERALYN GULSETH
Special Assistant United States Attorney

Attorneys for Defendant

STIPULATION TO REMAND & ORDER

**ORDER**

Based upon the parties' above "Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment," (Doc. 19), and for good cause shown,

IT IS HEREBY ORDERED that the above-captioned action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation.

The Clerk is hereby DIRECTED to: (1) enter judgment in favor of Plaintiff James Bridges and against Defendant Andrew Saul, Commissioner of Social Security; and (2) administratively close the file.

IT IS SO ORDERED.

Dated:  **February 14, 2020**                   /s/ *Sheila K. Oberto*
                                                                      UNITED STATES MAGISTRATE JUDGE