McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
Geralyn Gulseth
Special Assistant United States Attorney
Assistant Regional Counsel
    Social Security Administration, Region IX
    160 Spear Street, Suite 800
    San Francisco, California 94105
Tel: (415) 977-8923
Fax: (415) 744-0134
E-mail: Geralyn.gulseth@ssa.gov
Attorneys for Defendant


Jonathan O. Peña, Esq.
CA Bar ID No.: 278044
Peña & Bromberg, PLC
2440 Tulare St., Ste. 320
Fresno, CA 93721
Telephone: 559-439-9700
Facsimile: 559-439-9700
info@jonathanpena.com
Attorney for Plaintiff, James Marvin Bridges

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| James Marvin Bridges, | Case No.  1:19-cv-00564-SKO |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |
| Andrew Saul, Commissioner of Social Security, | 28 U.S.C. § 2412(d) |
| Defendant. | (Doc. 22) |

1  TO THE HONORABLE SHEILA K. OBERTO , MAGISTRATE JUDGE OF
2  THE UNITED STATES DISTRICT COURT:

3      The Parties through their undersigned counsel, subject to the Court's approval,
4  stipulate that Plaintiff be awarded attorney fees in the amount of TWO THOUSAND
5  EIGHT HUNDRED AND FIFTY DOLLARS AND 00/100 ($2,850.00), under the
6  Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents
7  compensation for all legal services rendered on behalf of Plaintiff by counsel in
8  connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

9      After the Court issues an order for EAJA fees to Plaintiff, the government will
10 consider the matter of Plaintiff's assignment of EAJA fees to counsel.  Pursuant to
11 *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability
12 to honor the assignment will depend on whether the fees are subject to any offset
13 allowed under the United States Department of the Treasury's Offset Program.  After
14 the order for EAJA fees is entered, the government will determine whether they are
15 subject to any offset.

16      Fees shall be made payable to Plaintiff, but if the Department of the Treasury
17 determines that Plaintiff does not owe a federal debt, then the government shall cause
18 the payment of fees, expenses and costs to be made directly to counsel, pursuant to the
19 assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's
20 counsel, Jonathan O. Peña.

21      This stipulation constitutes a compromise settlement of Plaintiff's request for
22 EAJA fees, and does not constitute an admission of liability on the part of Defendant
23 under the EAJA. Payment of TWO THOUSAND EIGHT HUNDRED AND FIFTY
24 DOLLARS AND 00/100 ($2,850.00),  in EAJA attorney fees shall constitute a
25 complete release from, and bar to, any and all claims that Plaintiff and Plaintiff's

-2-

attorney, Jonathan O. Peña, may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Plaintiff's attorney to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated: March 26, 2020                      /s/ Jonathan O. Peña
                                           JONATHAN O. PEÑA
                                           Attorney for Plaintiff

Dated: March 26, 2020                      McGREGOR W. SCOTT
                                           United States Attorney
                                           DEBORAH LEE STACHEL
                                           Regional Chief Counsel, Region IX
                                           Social Security Administration

                                    By:  _*_ Geralyn Gulseth
                                           Geralyn Gulseth
                                           Special Assistant U.S. Attorney
                                           Attorneys for Defendant
                                           (*Permission to use electronic signature
                                           obtained via email on March 26, 2020).

## ORDER

Based upon the parties' above "Stipulation for the Award and Payment of Attorney Fees Under the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412(d)" (the "Stipulation") (Doc. 22), IT IS ORDERED that attorney's fees in the amount of TWO THOUSAND EIGHT HUNDRED AND FIFTY DOLLARS AND 00/100 ($2,850.00), as authorized under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated: __**March 27, 2020**__                    /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE